UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| William H. Ball,<br><br>        Plaintiff<br><br>v.<br><br>Park MGM Casino, LLC,<br><br>        Defendant | Case No. 2:24-cv-01753-GMN-MDC<br><br>**Order Transferring Cases** |
| William H. Ball,<br><br>        Plaintiff<br><br>v.<br><br>Ramparts, LLC,<br><br>        Defendant | Case No. 2:24-cv-01754-JAD-BNW |
| William H. Ball,<br><br>        Plaintiff<br><br>v.<br><br>Silverton Casino, LLC<br><br>        Defendant | Case No. 2:24-cv-01755-CDS-DJA |
| William H. Ball,<br><br>        Plaintiff<br><br>v.<br><br>Tuscany Hotel and Casino, LLC,<br><br>        Defendant | Case No. 2:24-cv-01756-RFB-BNW |

|  |  |
|---|---|
| William H. Ball,<br><br>            Plaintiff<br><br>v.<br><br>Oyo Hotel & Casino, LLC<br><br>            Defendant | Case No. 2:24-cv-01757-CDS-MDC |

Pro se plaintiff William H. Ball initiated eight age discrimination lawsuits on August 8, 2024.[1] The district judges and magistrate judges agreed that those eight cases involved similar claims and similar questions of law and fact; and for that reason, the cases were assigned to a single district judge and magistrate judge.

On September 19, 2024, Ball initiated another five age discrimination lawsuits. The cases all assert that Ball was not considered as a candidate for employment because of his age. Under Local Rule 42-1 (a), an action is considered related to another action when:

> (1) the actions involve the same parties and are based on the same or similar claim;
> (2) the actions involved the same property, transaction, or event;
> (3) the actions involve similar questions of fact and the same question of law, and their assignment to the same district judge or magistrate judge is likely to effect a substantial savings of judicial effort; or
> . . .
> (5) For any other reason, it would entail substantial duplication of labor if the actions were heard by different district judges or magistrate judges.

LR 42-1(a).

Because these actions involve similar questions of fact and law, and their assignment to the same district and magistrate judge is likely to result in a substantial savings of judicial effort,

---

[1] *Ball v. NC Sunset LLC*, 2:24-cv-01450-JAD-DJA; *Ball v. NP Boulder LLC*, 2:24-cv-01451-RFB-EJY; *Ball v. Station GVR Acquisition*, 2:24-cv-01453-JAD-BNW; *Ball v. Palms Casino and Resort LLC*, 2:24-cv-01454-APG-DJA; *Ball v. NP Palace LLC*, 2:24-cv-01455-RFB-BNW; *Ball v. NC Santa FE LLC*, 2:24-cv-01456-GMN-BNW; Ball v. Circa Hotel and Casino, LLC, 2:24-cv-01457-JAD-BNW; and *Ball v. New York New York Hotel and Casino LLC*, 2:24-cv-01458-CDS-DJA.

the court hereby transfers the subsequently filed related actions to District Judge Cristina D. Silva and Magistrate Judge Nancy J. Koppe for all further proceedings.

## Conclusion

The Clerk of Court is therefore ordered to transfer and reassign case numbers: 2:24-cv-01753-GMN-MDC; 2:24-cv-01754-JAD-BNW; 2:24-cv-01755-CDS-DJA; 2:24-cv-01756-RFB-BNW; and 2:24-cv-01757-CDS-MDC to District Judge Cristina D. Silva and Magistrate Judge Nancy J. Koppe for all further proceedings.

Dated: September 27, 2024

_____
Gloria M. Navarro
United States District Judge

_____
Jennifer A. Dorsey
United States District Judge

_____
Richard F. Boulware, II
United States District Judge

_____
Cristina D. Silva
United States District Judge