UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM H. BALL,<br><br>Plaintiff(s),<br><br>v.<br><br>PARK MGM CASINO, LLC,<br><br>Defendant(s). | Case No. 2:24-cv-01753-CDS-NJK<br><br>**ORDER** |

It appears that Plaintiff William H. Ball has failed to update his address. Docket Nos. 12, 14. "A party, not the district court, bears the burden of keeping the court apprised of any changes in his mailing address." *Carey v. King*, 856 F.2d 1439, 1441 (9th Cir. 1988); *see also in re Hammer*, 940 F.2d 524, 526 (9th Cir. 1991). To that end, the local rules require that litigants immediately file with the Court written notification of any change of address, and expressly warn that failure to do so may result in case-dispositive sanctions. *See* Local Rule IA 3-1.

Accordingly, Plaintiff is hereby **ORDERED** to file a notice of changed address by February 25, 2025. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN DISMISSAL.**

IT IS SO ORDERED.

Dated: February 6, 2025

                                                              _____
                                                              Nancy J. Koppe
                                                              United States Magistrate Judge

1